**Order entered August 1, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01304-CV

### THE FAN EXPO, LLC, Appellant

### V.

### NATIONAL FOOTBALL LEAGUE, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-04875**

## ORDER

Before the Court is appellant's June 19, 2019 petition for rehearing en banc. Appellee is requested to file a response, if any, by August 16, 2019.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE